IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEWISH LEGAL NEWS, INC., a non-profit Corporation, | |
| Petitioner, | 4:23-CV-3145 |
| vs. | |
| JACLYN KLINTOE, in her official capacity as Custodian of Records; and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, LINCOLN, | JUDGMENT |
| Respondent. | |

For the reasons stated in the accompanying memorandum and order, this case is dismissed without prejudice.

Dated this 11th day of August, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge